**FILED**

AUG 2 4 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 22-CR-0888-TWR |
| Plaintiff, | **ORDER AND JUDGMNET OF DISMISSAL OF INDICTMENT WITHOUT PREJUDICE** |
| v. | |
| KRISTOPHER VEGA | |
| Defendants. | |

On motion of the United States, pursuant to Federal Rule of Criminal Procedure 48(a), IT IS HEREBY ORDERED that the Indictment in this case is hereby dismissed without prejudice.

**SO ORDERED AND ADJUDGED.**

DATED: 8/24/22

_____
HON. TODD W. ROBINSON
UNITED STATES DISTRICT JUDGE